UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLEN VICKS (#426156)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-0746-BAJ-DLD

## RULING and ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 10, 2012 (doc. 23), and plaintiff's objection filed November 21, 2012 (doc. 24).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the plaintiff's claims asserted against defendants Dr. Guy Williams and Dr. "John Doe" Berry are dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Motion to Dismiss of the remaining defendants (doc. 14) are granted, dismissing the plaintiff's claims asserted against these defendants, with prejudice, and this action be dismissed.

Baton Rouge, Louisiana, November 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA